IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOEL COVARRUBIA,

      Petitioner,

CIVIL ACTION 2:13-CV-816
JUDGE GRAHAM
MAGISTRATE JUDGE KING

v.

STATE OF OHIO,

      Respondent.

### ORDER

On October 22, 2013, the Magistrate Judge recommended that this action be dismissed. *Report and Recommendation*, Doc. No. 5. Although petitioner was advised of the right to object to the recommendation, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation,* Doc. No. 5, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date: November 15, 2013

                                              JAMES L. GRAHAM
                                              United States District Judge